# MEMORANDUM

TO: <u>HONORABLE ROBERT W. SWEET</u>
United States District Judge

FROM: Bernisa Mejia, USPSO
Intensive Supervision Specialist

RE: Robinson, Roy
DOCKET#: 17 CR 611 - 014

The attached memorandum was prepared by Pretrial Services Officer:

| **Bernisa Mejia** | 212-805-4314 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we/may comply with your instructions.

[✓] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # _____ on _____ at _____ .
                        Date              Time

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
           Judicial Officer

[ ] A bench warrant shall be issued for the defendant's arrest

[ ] So ordered: _[signature]_ Date 8-13-18