UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :   **SEALED ORDER**
                                 :
    -v.-                         :
                                 :   17 Cr. 611 (RWS)
MICHAEL WHITE, et al.,           :
                                 :
        Defendants.              :
- - - - - - - - - - - - - - - - x

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Gina Castellano, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing all the documents in the files of the New York City Police Department ("NYPD"), the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, and any related court reporting services, including but not limited to, sealed search warrants; sealed affidavits and minutes of applications for search warrants; sealed arrest records; evidence obtained pursuant to grand jury subpoenas, court orders, search warrants, or otherwise in connection with any investigation; testimony of grand jury proceedings; and records of proffers, interviews, interrogations, arrests, and prosecutions associated with the following individuals:

    a.   RAMELL COLES, DOB ███████, NYSID No. ███████; and

    b.    JOSE RODRIGUEZ, DOB ███████, NYSID No. ███████.

IT IS HEREBY ORDERED that the materials specified above in the files of the NYPD, the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, and any related court reporting service be unsealed and made available to the United States Attorney's Office for the Southern District of New York.

IT IS FURTHER ORDERED that, with the exception of a copy of this Order to the United States Attorney's Office, the law enforcement officers involved in the investigation, the NYPD, the Bronx County District Attorney's Office, the Office of the New York County District Attorney's Office, the Bronx and New York County courts, and the clerks of the courts for files and testimony subject to this Order, this Order and Affirmation in support thereof are to be sealed pending further order of the Court.

Dated: New York, New York
August 24, 2018

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MICHAEL WHITE, et al.,

Defendants.

**UNSEALING ORDER**

Geoffrey S. Berman
United States Attorney.

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                :   AFFIRMATION AND APPLICATION
UNITED STATES OF AMERICA        :
                                :
         -v.-                   :
                                :
MICHAEL WHITE, et al.,          :
                                :
              Defendants.       :
                                :
- - - - - - - - - - - - - - - X
```

GINA CASTELLANO, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the office of GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, and am one of the Assistant United States Attorneys responsible for representing the Government in connection with the prosecution being brought in <u>United States v. Michael White, et al.</u>, S2 17 Cr. 611 (RWS). I make this Affirmation and Application, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal and obtain all the documents in the files of the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, the New York City Police Department ("NYPD"), and any related court reporting service, including but not limited to, sealed search warrants; sealed affidavits and minutes of applications for search warrants; sealed arrest records; evidence obtained pursuant to grand jury

subpoenas, court orders, search warrants, or otherwise in connection with any investigation; testimony of grand jury proceedings; and records of proffers, interviews, interrogations, arrests, and prosecutions associated with the following individuals (the "Subject Individuals"), identified below by name, date of birth, and New York State Identification number ("NYSID No."):

    a. RAMELL COLES, DOB ▇▇▇▇, NYSID No. ▇▇▇▇ and

    b. JOSE RODRIGUEZ, DOB ▇▇▇▇, NYSID No. ▇▇▇▇.

    2. The Indictment in this matter, S2 17 Cr. 611 (RWS), charges MICHAEL WHITE with violating Title 18, United States Code, Section 1962(d) (racketeering conspiracy), Title 18, United States Code, Section 1959 (violent crime in aid of racketeering), and Title 18, United States Code, Section 924(c) (use of firearms in aid of racketeering conspiracy) (the "Indictment"). Specifically, MICHAEL WHITE is charged with participating in the MBG racketeering conspiracy, the YGz racketeering conspiracy, and committing an attempted murder in aid of racketeering on October 28, 2012.

    3. This Subject Individuals are suspected of being former members of gangs who were rivals of the gangs that MICHAEL WHITE belongs to: MBG and the YGz. Specifically, Jose Rodriguez is

suspected of being a former member of the Killbrook street gang and Ramell Coles is suspected of being a former member of the Young Bosses street gang. At trial, the Government intends to prove that MICHAEL WHITE shot Jose Rodriguez on or about January 25, 2010 and attempted to murder Ramell Coles on or about October 28, 2012.

4. The files maintained by the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, and the NYPD relating to the Subject Individuals are believed to contain information relevant to the pending prosecution by this Office.

5. I have been informed by the NYPD that certain sensitive information in those files, including but not limited to sealed arrest records, will not be disclosed without an unsealing order.

6. Accordingly, I make this Affirmation for an order to unseal the files maintained by the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, and the NYPD associated with the Subject Individuals, solely for the purpose of the pending federal prosecution. This request is being made, *inter alia*, so that the United States Attorney's Office, pursuant to its obligations under the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady* v.

Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), and their progeny, can produce any appropriate statements or evidence in this prosecution and comply with its obligations.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order unsealing all the documents in the files of the Office of the Bronx County District Attorney, the Office of the New York County District Attorney, the NYPD, and any related court reporting service associated with the Subject Individuals.

_____
GINA CASTELLANO
Assistant United States Attorney
(212) 637-2224

Dated: New York, New York
       August 24, 2018

4