```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/2/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

MICHAEL WHITE,
    a/k/a "Mike,"
JOEY COLON,
DEMETRIUS WINGO,
    a/k/a "Poppa,"
ANTHONY BUSH,
    a/k/a "Ant,"
DAVID OQUENDO,
CHRISTIAN PEREZ,
    a/k/a "Pun,"
JAMES ROBINSON,
CHRISTOPHER HOWARD,
    a/k/a "JuJu,"
ALLEN KNIGHT,
    a/k/a "Stutter,"
MIGUEL CALDERON,
    a/k/a "Mick."
JAMES SNIPES,
    a/k/a "80 Mese,"
WESLEY MONGE,
    a/k/a "Wes,"
OSCAR BRIONES,
    a/k/a "O Block," and
ROY ROBINSON,
    a/k/a "Mob,"

    Defendants.

17 Cr. 611 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    This case has been reassigned to this Court. Accordingly, it is hereby ORDERED that by **April 9, 2019**, the Government shall file a status letter not to exceed fifteen single-spaced pages. For each Defendant, the Government shall detail (1) the charges, and (2) the status of the case, including upcoming deadlines and outstanding or anticipated motions. If the Government needs to reference materials that have been filed under seal, it may redact the letter that is filed on the public docket and email the Court an unredacted version.

    SO ORDERED.

Dated: April 2, 2019
        New York, New York

ANALISA TORRES
United States District Judge