```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2021
```

-against-

ROY ROBINSON,
      a/k/a "Mob,"

                     Defendant.

17 Cr. 611-14 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The initial conference scheduled for December 21, 2021, is ADJOURNED to **January 10, 2022**, at **2:00 p.m.** The Court will hold the initial conference using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").

       To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

       SO ORDERED.

Dated: December 20, 2021
       New York, New York

                                       ANALISA TORRES
                                      United States District Judge