UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ROY ROBINSON,
    a/k/a "Mob,"

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2022
```

17 Cr. 611-14 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated January 4, 2022.  ECF No. 781. Accordingly, the initial conference scheduled for January 10, 2022, is ADJOURNED to **March 10, 2022**, at **2:00 p.m.**  Defense counsel may arrange for the Defendant to undergo a neurological evaluation as described in the letter.  *See* ECF No. 781.

    SO ORDERED.

Dated: January 6, 2022
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge