UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Roy Robinson

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

17 -CR- 611 (14) AT (__)(__)

Defendant Roy Robinson _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

✓ PLEA + SENTENCE VOSR

_Roy Robinson by counsel_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Roy Robinson
_____
Print Defendant's Name

_/s/_
Defense Counsel's Signature

Stephanie Carvlin
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

March 30, 2022
_____
Date

_/s/ Analisa Torres_
ANALISA TORRES
United States District Judge

Case 1:17-cr-00611-AT   Document 807   Filed 03/30/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2022